```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :
JIANCARLO RISALEZ RUIZ,                             :
                                                    :
                        Petitioner,                 :
                                                    :       26-cv-698 (LJL)
        -v-                                         :
                                                    :            ORDER
LADEON FRANCIS ET AL.,                              :
                                                    :
                        Respondents.                :
                                                    :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2026

LEWIS J. LIMAN, United States District Judge:

Petitioner Jiancarlo Ruiz ("Ruiz") submitted a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on January 27, 2026.  Ruiz is a 27-year-old Colombian national and asylum applicant who was, until the time of his arrest, living in Staten Island with his family.  Dkt. No. 1 (the "Petition") ¶ 8; Dkt. No. 7 at 2.  When he entered the U.S. in July 2022, he was detained by the Respondents and deemed removeable pursuant to 8 U.S.C. § 1182(a)(6)(A)(i).  *Id.* ¶ 9.  He was later released.  *Id.*  Ruiz has no prior criminal convictions and diligently attended required check-ins with ICE following his release in 2022.  *Id.* ¶¶ 10, 12.  When attending a scheduled check-in on January 27, 2026, he was summarily detained by ICE.  *Id.* ¶ 13.  Ruiz suffers from Lupus, an autoimmune disease, and was detained without access to his medication.  *Id.* ¶ 14.

Upon receipt of the petition, the Court ordered Respondents to respond by 12:30 p.m. on January 28, 2026, setting forth (1) whether Petitioner was located in the Southern District of New York at the time of filing; (2) the statutory authority under which they assert the authority to detain Petitioner; (3) if that authority is 8 U.S.C. § 1225(b)(2)(A), whether there is any basis to distinguish the case from this Court's opinion in *Tumba v. Francis*, 2025 WL 3079014 (S.D.N.Y.

Nov. 4, 2025); (4) a copy of any final order of removal; and (5) an information regarding the procedural posture of any pending Department of Homeland Security of Executive Office for Immigration Review proceedings. Dkt. No. 3. The Court later ordered the submission to address as well whether Ruiz was provided his medication while in ICE custody. Dkt. No. 4.

Respondents timely submitted responsive papers. Dkt. No. 7. The submission explains that venue is proper, that Petitioner is detained pursuant to 8 U.S.C. § 1225(b)(2)(A), and that Petitioner was administered his medication. The submission explains also that "the government acknowledges that this Court's decision in *Tumba* decided the principal legal question here . . . and notes that the facts of this case are not materially distinguishable on this issue." *Id.* at 2. The Court adheres to its decision in *Tumba* and finds that to detain Petitioner, Respondents must comply with 8 U.S.C. § 1226(a). Petitioner's detention is not mandatory and requires the exercise of discretion. *See Tumba*, 2025 WL 3079014, at *2–6; *Cardenas v. Almodovar*, 2025 WL 3215573, at *2–3 (S.D.N.Y. Nov. 18, 2025).

Respondents have not asserted that he should be detained under 8 U.S.C. § 1226(a) that could support Petitioner's continued detention. The appropriate remedy is his immediate release. The petition for a writ of habeas corpus is GRATNED. Respondents are ordered to release Ruiz from custody no later than 6:00 p.m. on January 28, 2026, and to certify compliance with the Court's order by filing an entry on the docket this evening. The Clerk of Court is directed to close this case. The conference scheduled for January 29, 2026 is cancelled.

SO ORDERED.

Dated: January 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge